UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ADRIAN BROWNLEE,<br>Petitioner<br>v.<br>SCOTT KERNAN, Warden,<br>Respondent. | Case No. 2:17-cv-09320-ODW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all pleadings and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge [Dkt. 15, "Report"], and Petitioner's Objections to the Report [Dkt. 20]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Having completed its review, the Court concludes that nothing in the Objections calls into question any aspect of the Report, nor does anything in the Objections warrant discussion, with one nominal exception. Petitioner complains that the Report erred in finding Ground Two to be unexhausted. While the Report notes that Petitioner raised the claim in the California Court of Appeal but omitted it

from subsequent California Supreme Court filings (Report at 4, 17 n.7), the Magistrate Judge expressly declined to resolve the exhaustion question, instead merely observing that although she was inclined to agree with Respondent's assertion that the claim was unexhausted, she had not performed a full exhaustion analysis (Report at 35-36). This Objection does not warrant any further action.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Petition is DISMISSED for failure to satisfy the requirements of 28 U.S.C. § 2244(b)(2); and (2) Judgment shall be entered dismissing this action with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: _March 23, 2020      _____
ORIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE