1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11    GARY ADRIAN BROWNLEE,              Case No. 2:17-cv-09320-ODW (GJS)

12             Petitioner

13          v.                           **JUDGMENT**

14    SCOTT KERNAN,

15             Respondent.

16

17

18         Pursuant to the Court's Order Accepting Findings and Recommendations of

19    United States Magistrate Judge,

20

21         IT IS ADJUDGED THAT this action is dismissed with prejudice.

22

23    DATE: March 23, 2020        ___                                    ___

24                                      OTIS D. WRIGHT, II
                                        UNITED STATES DISTRICT JUDGE
25

26

27

28